UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

Civil Action No.: 4:20-cv-11381-TSH

| |
|---|
| FLOORS & MORE, LLC, and VINCENT VIRGA, <br><br> Petitioners. <br><br> v. <br><br> BIG BOB'S OUTLETS OF KANSAS CITY, INC. and DAVID ELYACHAR <br><br> Respondents. |

## PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITIES

Floors & More, LLC and Vincent Virga (collectively, the "Petitioners"), hereby provide notice of the "Order on Motion to Dismiss Or, Alternatively, to Stay to Compel Arbitration" ("Order") issued by the District Court of Johnson County, Kansas in the underlying litigation captioned *David and Adam Elyachar v. Big Bob's Flooring Outlet of America, Inc., Floors & More, LLC, and Vincent Virga*, Civil Action No. 20CV02181 (i.e., the "Kansas Litigation"). A copy of the Order is attached as **Exhibit 1**.

1

Respectfully submitted,

FLOORS & MORE, LLC, and VINCENT VIRGA,

By their attorney,

*/s/ Scott E. Regan*
Scott E. Regan (BBO# 681986)
sregan@fletchertilton.com
Michael E. Brangwynne (BBO# 683279)
mbrangwynne@fletchertilton.com
FLETCHER TILTON PC
370 Main Street, 12th Floor
Worcester, MA 01608
T: (508) 459-8220 / F: (508) 459-8420

May 11, 2021

## CERTIFICATE OF SERVICE

I certify that on May 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants.

*/s/ Scott E. Regan*